**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-1021**

———————————

CHESAPEAKE BAY ENTERPRISE, INC.,

        Defendant - Appellant,

    v.

PILLSBURY WINTHROP SHAW PITTMAN LLP,

        Third Party Defendant – Appellee,

    and

REGIONS BANK,

        Third Party Defendant,

CHESAPEAKE TRUST,

        Plaintiff.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:14-cv-00633-HEH)

———————————

Submitted: June 29, 2015        Decided: July 9, 2015

———————————

Before AGEE and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Steven S. Biss, Charlottesville, Virginia, for Appellant.  Jack McKay, Patrick Potter, Dania Slim, PILLSBURY WINTHROP SHAW PITTMAN LLP, Washington, D.C, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chesapeake Bay Enterprise, Inc., appeals the district court's order affirming the bankruptcy court's order granting summary judgment in favor of Pillsbury Winthrop Shaw Pittman LLP, on Chesapeake Bay's claims asserting breach of fiduciary duty and conversion. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chesapeake Bay Enter., Inc. v. Pillsbury Winthrop Shaw Pittman LLP, No. 3:14-cv-00633-HEH (E.D. Va. Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED